IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| IN RE: | ) | |
| CORNELIUS DANDRIDGE, JR. | ) | Chapter 13 |
| | ) | Case No. 25-32720-KLP |
| Debtor. | ) | Judge Keith L. Phillips |
| | ) | |
| | ) | |
| | ) | |
| JEFFREY BRUBAKER, | ) | |
| DEE ANN BRUBAKER, and | ) | |
| JUMP IN, INC. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | APN: 25-03038-KLP |
| | ) | |
| CORNELIUS DANDRIDGE, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM IN SUPPORT OF MOTION TO COMPEL DISCOVERY RESPONSES AND TO DEEM REQUESTS FOR ADMISSIONS ADMITTED**

Plaintiffs Jeffrey Brubaker, Dee Ann Brubaker, and Jump In, Inc., a Virginia corporation (collectively, “Plaintiffs”), by counsel, pursuant to FRBP 7036 and 7037 and LBR 7026-1, respectfully submit this Memorandum in Support of the Motion to Compel Discovery Responses and to Deem Requests for Admissions Admitted (the “Motion”), and for an award of their legal fees necessitated by the Motion.

## Procedural Background

On July 17, 2026, Plaintiffs served interrogatories, requests for production and requests for admissions to Defendant Cornelius Dandridge, Jr. via overnight delivery by USPS Priority Mail Express. A copy of these discovery requests (the “Discovery Requests”) is attached as

Exhibit A. The Discovery Requests were delivered to Mr. Dandridge's residence on Saturday, July 18, 2026 at 5:27 pm. *See* USPS Tracking Receipt attached as Exhibit B. Responses were due no later than 30 days from Monday, July 20th, or by August 19, 2026. No objections or responses have been made by Defendant, and no documents have been produced. On August 20, 2026, undersigned counsel emailed Defendant that his responses were overdue and gave fair warning that appropriate motions would be filed with the Court if responses were not promptly provided. *See* Exhibit C.[1] However, no objections or discovery responses have been produced by Defendant, substantially prejudicing Plaintiffs. Trial is set for September 22, 2026.

**The Motion to Compel Should be Granted, the Requests for Admissions Should be Deemed Admitted, and Expenses Awarded**

Fed. R. Civ. P. 37, made applicable to this proceeding by FRBP 37 ("Rule 37"), governs failures to make discovery and authorizes this Court to compel responses. Here, the Defendant's failure has been total, and the responses should be compelled. Rule 37 also provides that "If the motion is granted—or if the disclosure or requested discovery is provided after the motion was filed—the court must, after giving an opportunity to be heard, require the party … whose conduct necessitated the motion … to pay the movant's reasonable expenses incurred in making the motion" unless certain factors set forth in the statute not relevant here would make the opposing party's conduct justified or other circumstances make an award of expenses unjust. *See* Rule 37(a)(5)(A).

Fed. R. Civ. P. 36(a)(3), made applicable to this proceeding by FRBP 36 ("Rule 36") provides that "A matter is deemed admitted unless, within 30 days after being served, the party to whom the request is directed serves on the requesting party a written answer or objection signed

[1] Mr. Dandridge responded only by citing inadmissible settlement discussions, but no discovery responses have been provided and no documents produced.

by the party or its attorney." Moreover, courts in this judicial circuit have deemed requests for admission admitted where *pro se* parties have failed to admit matters in accordance with the applicable rules. *See, e.g., Zoumana Bakayoko v. Bread,* 2015 U.S. Dist. LEXIS 124174*; 2015 WL 5511068, (M.D.N.C., Sept. 17, 2015) (granting motion to compel and deeming requests for admission admitted against *pro se* party and citing additional cases where requests for admission were deemed admitted in cases involving *pro se* parties) (copy attached as Exhibit D).

For the foregoing reasons Plaintiffs respectfully request that the Court grant the Motion to Compel and to Deem Request for Admissions Admitted, award Plaintiffs their reasonable attorney fees necessitated by this Motion, and provide such other and further relief as may be just.

August 26, 2026

Respectfully submitted,

JEFFREY BRUBAKER, DEE ANN
BRUBAKER and JUMP IN, INC.

/s/ Scott A. Simmons
Counsel

Scott A. Simmons (Va. State Bar No. 37744)
Scott Simmons Law PC
116 B. Walton Park Lane
Midlothian VA 23114
(804) 486-6128
(804) 486-6500 (Fax)
simmons@scottsimmonslaw.com
Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2026, a true and correct copy of the foregoing Memorandum in Support of Motion to Compel Discovery Responses and to Deem Requests for Admission Admitted was served by electronic means through the Court's CM/ECF System to all persons receiving electronic notice and via email to Cornelius Dandridge, Jr. and by first class mail, postage prepaid, to the following:

Cornelius Dandridge, Jr.
5241 Old Main St.
Henrico, VA 23231
cdandridge75@gmail.com
Defendant *Pro Se*

Michael R. Jones
P.O. Box 1819
Richmond, VA 23218
Chapter 13 Trustee

/s/ Scott A. Simmons
Scott A. Simmons
(Va. State Bar No. 37744)
Scott Simmons Law PC
116 B Walton Park Lane
Midlothian VA 23114
(804) 486-6128
(804) 486-6500 (Fax)
simmons@scottsimmonslaw.com