# EXHIBIT B

**ALERT: IMPACTS FROM WILDFIRES IN NEVADA AND TEXAS MAY DELAY FINAL DELIVERY OF ...**

# USPS Tracking®

**FAQs >**

**Remove ✕**

**Tracking Number:**

## 9470130109355017708305

**Copy** **Add to Informed Delivery**

**Scheduled Delivery by**

**SATURDAY**

**18** **July 2026** ⓘ by **6:00PM** ⓘ

Your item was delivered in or at the mailbox at 5:27 pm on July 20, 2026 in HENRICO, VA 23231.

Feedback

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

**Delivered**

**Delivered, In/At Mailbox**

HENRICO, VA 23231
July 20, 2026 5:27 PM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

**Text & Email Updates**

**Proof of Delivery**