# EXHIBIT C

**Scott Simmons**

| | |
|---|---|
| **From:** | Scott Simmons |
| **Sent:** | Thursday, August 20, 2026 3:05 PM |
| **To:** | Cornelius Dandridge |
| **Subject:** | Jump In, Inc. et al. v. Dandridge |

Mr. Dandridge,

I am following up on my clients' discovery requests to you, responses to which were due no late than yesterday, August 19th. If we don't receive complete responses by close of business tomorrow, I will have no choice but to file appropriate motions with the Court. Thank you for your attention to this.

Scott Simmons

SIMMONS LAW

**Scott A. Simmons**
Attorney at Law
**SIMMONS LAW**
116 B Walton Park Lane
Midlothian VA 23114
(804) 486-6128
(804) 486-6500 (Fax)
simmons@scottsimmonslaw.com
www.scottsimmonslaw.com

Style Weekly 2026 Best of Richmond Reader's Poll - Best Attorney

https://www.styleweekly.com/readers-winners-people-places/

*This email from Scott Simmons Law PC may contain confidential or privileged information. If you are not the intended recipient, please notify the sender and delete this message without reading or forwarding to others. Thank you.*