IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| IN RE: | ) | |
| CORNELIUS DANDRIDGE, JR. | ) | Chapter 13 |
| | ) | Case No. 25-32720-KLP |
| Debtor. | ) | Judge Keith L. Phillips |
| | ) | |
| | ) | |
| | ) | |
| JEFFREY BRUBAKER, | ) | |
| DEE ANN BRUBAKER, and | ) | |
| JUMP IN, INC. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | APN: 25-03038-KLP |
| | ) | |
| CORNELIUS DANDRIDGE, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**AMENDED NOTICE OF MOTION AND HEARING**

Plaintiffs Jeffrey Brubaker, Dee Ann Brubaker, and Jump In, Inc., have filed a Motion to Compel Discovery Responses and to Deem Requests for Admissions Admitted [ECF 27] and for an award of legal fees against you.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this adversary proceeding. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the relief sought in the motion, you or your attorney must file a written response with the Court on or before the hearing scheduled on this motion set for September 30, 2026 at 9:30 a.m. at the following address: Clerk of the Court, United States Bankruptcy Court, 701 East Broad Street, Room 4000, Richmond, VA 23219-3515, and serve a copy on undersigned counsel for the movants. If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief without further notice to you.

You may attend the hearing set for this motion on September 30, 2026, at 9:30 a.m., in the Honorable Judge Keith L. Phillips' courtroom, United States Bankruptcy Court, 701 East Broad Street, Courtroom 5100, Richmond, Va 23219-3515.

September 23, 2026

Respectfully submitted,

JEFFREY BRUBAKER, DEE ANN BRUBAKER and JUMP IN, INC.

/s/ Scott A. Simmons
Counsel

Scott A. Simmons (Va. State Bar No. 37744)
Scott Simmons Law PC
116 B. Walton Park Lane
Midlothian VA 23114
(804) 486-6128
(804) 486-6500 (Fax)
simmons@scottsimmonslaw.com
Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2026, a true and correct copy of the foregoing Continued Motion to Compel was served by electronic means through the Court's CM/ECF System to all persons receiving electronic notice and via email to Cornelius Dandridge, Jr. and by first class mail, postage prepaid, to the following:

Cornelius Dandridge, Jr.
5241 Old Main St.
Henrico, VA 23231
cdandridge75@gmail.com
Defendant *Pro Se*

Michael R. Jones
P.O. Box 1819
Richmond, VA 23218
Chapter 13 Trustee

/s/ Scott A. Simmons
Scott A. Simmons
(Va. State Bar No. 37744)
Scott Simmons Law PC
116 B Walton Park Lane
Midlothian VA 23114
(804) 486-6128
(804) 486-6500 (Fax)
simmons@scottsimmonslaw.com