**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| IN RE:<br>CORNELIUS DANDRIDGE, JR.<br><br>Debtor. | ) | Case No. 25-32720-KLP<br>Chapter 13 |
| JEFFREY BRUBAKER,<br>DEE ANN BRUBAKER, and<br>JUMP IN, INC.<br><br>Plaintiffs,<br><br>v.<br><br>CORNELIUS DANDRIDGE, JR.,<br><br>Defendant. | ) | APN: 25-03038-KLP |

**ORDER GRANTING MOTION TO COMPEL AND TO DEEM REQUESTS FOR ADMISSION ADMITTED**

On September 30, 2026, Plaintiffs Jeffrey Brubaker, Dee Ann Brubaker, and Jump In, Inc., by counsel, appeared and were heard on Plaintiffs' Motion to Compel Discovery Responses and to Deem Requests for Admission Admitted [ECF 27]. The Defendant *Pro Se* did not appear and did not file an opposition to the motion. The Court FINDS that responses to the discovery requests were due no later than August 20, 2026, and that no responses were ever provided by Defendant.

Accordingly, for good cause shown, and pursuant to FRBP 7037 and Fed. R. Civ. P. 37 ("Rule 37"), the Motion is hereby GRANTED, and Defendant is hereby ORDERED to provide interrogatory responses and responsive documents to the requested discovery by October 14,

2026. In addition, the requests for admission attached as Exhibit A to the Memorandum in Support of the motion [ECF 28] are hereby DEEMED ADMITTED by the Defendant.

Pursuant to Rule 37, the Defendant is ordered to pay to counsel for the Plaintiffs the sum of $ 1760.00 for reasonable attorney's fees necessitated by the motion.

It is so ORDERED.

Date: Oct 2 2026

/s/ Keith L Phillips
Hon. Keith L. Phillips, Bankruptcy Judge

Entered On Docket: October 2, 2026

I ASK FOR THIS

/s/ Scott A. Simmons
Scott A. Simmons
Scott Simmons Law PC
116 B. Walton Park Lane
Midlothian VA 23114
Va. state Bar No. 37744
(804) 486-6128
(804) 486-6500 (Fax)
simmons@scottsimmonslaw.com
Counsel for Plaintiffs

Seen and refused to endorse: (based on telephonic discussion on 9/30/2026)

Cornelius Dandridge, Jr.
5241 Old Main St.
Henrico, VA 23231
(804) 677-5626
cdandridge75@gmail.com
Defendant *Pro Se*

**PARTIES TO RECEIVE COPIES**

Cornelius Dandridge, Jr.
5241 Old Main St.
Henrico, VA 23231
cdandridge75@gmail.com
Defendant *Pro Se*

Michael R. Jones
P.O. Box 1819
Richmond, VA 23218
Chapter 13 Trustee

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

*/s/ Scott A. Simmons*
Scott A. Simmons

United States Bankruptcy Court

Eastern District of Virginia

Brubaker,
Plaintiff
Dandridge, Jr.,
Defendant

Adv. Proc. No. 25-03038-KLP

# CERTIFICATE OF NOTICE

District/off: 0422-7 User: Elizabeth Page 1 of 2
Date Rcvd: Oct 02, 2026 Form ID: pdford9 Total Noticed: 6

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Cornelius Dandridge, Jr., 2744 Dogtown Road, Goochland, VA 23063-2422 |
| pla | + | Dee Ann Brubaker, c/o Scott Simmons Law PC, 116 B Walton Park Lane, Midlothian, VA 23114-3028 |
| pla | + | Jeffrey Brubaker, c/o Scott Simmons Law PC, 116 B Walton Park Lane, Midlothian, VA 23114-3028 |
| pla | + | Scott Jump In, Inc., c/o Scott Simmons Law PC, 116 B Walton Park Lane, Midlothian, VA 23114-3028 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion04.rh.ecf@usdoj.gov | Oct 03 2026 02:43:00 | UST smg Richmond, Office of the U. S. Trustee, 701 East Broad St., Suite 4304, Richmond, VA 23219-1849 |
| | + | Email/Text: ECF@richchap13.com | Oct 03 2026 02:43:00 | Michael R. Jones, Chapter 13 Trustee, P.O. Box 1819, Richmond, VA 23218-1819 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2026 at the address(es) listed below:**

**Name** **Email Address**

| | |
|---|---|
| Scott Andrew Simmons | on behalf of Plaintiff Jeffrey Brubaker simmons@scottsimmonslaw.com laura@scottsimmonslaw.com |
| Scott Andrew Simmons | on behalf of Plaintiff Dee Ann Brubaker simmons@scottsimmonslaw.com laura@scottsimmonslaw.com |
| Scott Andrew Simmons | on behalf of Plaintiff Scott Jump In Inc. simmons@scottsimmonslaw.com, laura@scottsimmonslaw.com |

TOTAL: 3