**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRIGNIA**
**Richmond Division**

**In re: CORNELIUS DANDRIDGE, JR.,**
**Debtor.**

**Case No. 25-32720-KLP**
**Chapter 13**

**JEFFREY BRUBAKER,**
**DEE ANN BRUBAKER, and**
**SCOTT JUMP IN, INC.**

**Plaintiffs,**

**v.**

**Adv. Pro. No. 25-03038-KLP**

**CORNELIUS DANDRIDGE, JR.,**

**Defendant.**

**ORDER DENYING MOTION TO EXTEND TIME**

On July 17, 2026, Jeffrey Brubaker, Dee Ann Brubaker, and Jump In, Inc., a Virginia corporation (collectively, the "Plaintiffs"), by counsel, served interrogatories, requests for production, and requests for admissions to Cornelius Dandridge, Jr. (the "Defendant"). Responses to discovery were due no later than August 19, 2026. The Defendant neither objected to nor provided responses to the discovery. On August 26, 2026, the Plaintiffs filed a *Motion to Compel Discovery Responses and to Deem Requests for Admissions Admitted* [ECF No. 27] (the "Motion to Compel"). The Court conducted a hearing on the Motion to Compel on September 30, 2026. The Defendant neither responded to the Motion to Compel nor appeared at the September 30 hearing.

By the *Order Granting Motion to Compel and to Deem Requests for Admission Admitted* [ECF No. 38], this Court ordered the Defendant, among other things, to provide interrogatory responses and responsive documents to the requested discovery by October 14, 2026. Instead of

complying with this Court's Order, on October 14, 2026, the Defendant filed a *Motion to Extend Discovery Deadline and Supporting Memorandum* [ECF No. 43] (the "Motion to Extend"), whereby the Defendant seeks a further extension of his production deadline from October 14, 2026, to October 23, 2026. Under the Defendant's proposal, he would provide interrogatory answers and responsive documents only four days before the trial date and more than two months after the original deadline. Such a delay would unduly prejudice the Plaintiffs. As such, it is

**ORDERED** that the Motion to Extend is **DENIED**; and it is further

**ORDERED** that counsel for the Plaintiffs shall serve a copy of this Order on the Defendant by first-class mail in accordance with Rule 7004 of the Federal Rules of Bankruptcy Procedure and, to the extent that counsel for the Plaintiffs has an email address for the Defendant, by email. Counsel for the Plaintiffs shall file an affidavit of service on the docket, indicating when such service has been made.

Dated: October 15, 2026

/s/ Keith L. Phillips
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: October 15, 2026

United States Bankruptcy Court

Eastern District of Virginia

Brubaker,
Plaintiff
Dandridge, Jr.,
Defendant

Adv. Proc. No. 25-03038-KLP

# CERTIFICATE OF NOTICE

District/off: 0422-7 User: Elizabeth Page 1 of 2
Date Rcvd: Oct 30, 2026 Form ID: pdford9 Total Noticed: 5

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Cornelius Dandridge, Jr., 2744 Dogtown Road, Goochland, VA 23063-2422 |
| pla | + | Dee Ann Brubaker, c/o Scott Simmons Law PC, 116 B Walton Park Lane, Midlothian, VA 23114-3028 |
| pla | + | Jeffrey Brubaker, c/o Scott Simmons Law PC, 116 B Walton Park Lane, Midlothian, VA 23114-3028 |
| pla | + | Scott Jump In, Inc., c/o Scott Simmons Law PC, 116 B Walton Park Lane, Midlothian, VA 23114-3028 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion04.rh.ecf@usdoj.gov | Oct 30 2026 12:49:00 | UST smg Richmond, Office of the U. S. Trustee, 701 East Broad St., Suite 4304, Richmond, VA 23219-1849 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Scott Andrew Simmons | on behalf of Plaintiff Jeffrey Brubaker simmons@scottsimmonslaw.com laura@scottsimmonslaw.com |
| Scott Andrew Simmons | |

on behalf of Plaintiff Dee Ann Brubaker simmons@scottsimmonslaw.com laura@scottsimmonslaw.com

Scott Andrew Simmons
on behalf of Plaintiff Scott Jump In Inc. simmons@scottsimmonslaw.com, laura@scottsimmonslaw.com

TOTAL: 3